DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OLGA N MILTATOU DOVELLOS,

Appellant,

v.

MIHAIL N SPANOS DOVELLOS,

Appellee.

No. 2D2024-2656
_____

February 6, 2026

Appeal from the Circuit Court for Pasco County; Dustin Anderson, Judge.

Ralph T. White of The Law Office of RT White, Palm Beach Gardens, for Appellant.

Karen Ozyjowski, Spring Hill, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.